**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  **v.**                              **CRIMINAL NO. 1:17CR32-01
                                                    (Judge Keeley)**

**TERRY THOMAS,**

      **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 1500),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On October 11, 2019, the defendant, Terry Thomas ("Thomas"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Counts One, Two, Ten, Fourteen, Fifteen, Sixteen, Seventeen, Nineteen, Twenty-One, Twenty-Two, Twenty-Seven, Twenty-Eight, Twenty-Nine, Thirty, Thirty-One, Thirty-Two, Thirty-Six, Thirty-Eight, Forty, Forty-Two, Forty-Six, Forty-Eight, Fifty, Fifty-Two, Fifty-Six, Fifty-Eight, Sixty, Sixty-Four, Eight-One, Eighty-Three, Eighty-Five, Ninety-One, and Ninety-Two of the Superseding Indictment. After Thomas stated that he understood that the magistrate judge is not a United States district judge, he consented to tendering his plea before the magistrate judge. Previously, this Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 1500), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Thomas's statements during the plea hearing and the testimony of Mark Trump, Officer with the Monongalia County Task Force, and Don Boykin, Special Agent, Internal Revenue Service, the magistrate judge found that Thomas was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. The magistrate judge entered a Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 1500) finding a factual basis for the plea and recommending that this Court accept Thomas's plea of guilty to Counts One, Two, Ten, Fourteen, Fifteen, Sixteen, Seventeen, Nineteen, Twenty-One, Twenty-Two, Twenty-Seven, Twenty-Eight, Twenty-Nine, Thirty, Thirty-One, Thirty-Two, Thirty-Six, Thirty-Eight, Forty, Forty-Two, Forty-Six, Forty-Eight, Fifty, Fifty-Two, Fifty-Six, Fifty-Eight, Sixty, Sixty-Four, Eight-One, Eighty-Three, Eighty-Five, Ninety-One, and Ninety-Two of the Superseding Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after

USA v. THOMAS                                                 1:17CR32-01

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 1500), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Thomas's guilty plea, and **ADJUGES** him **GUILTY** of the crimes charged in Counts One, Two, Ten, Fourteen, Fifteen, Sixteen, Seventeen, Nineteen, Twenty-One, Twenty-Two, Twenty-Seven, Twenty-Eight, Twenty-Nine, Thirty, Thirty-One, Thirty-Two, Thirty-Six, Thirty-Eight, Forty, Forty-Two, Forty-Six, Forty-Eight, Fifty, Fifty-Two, Fifty-Six, Fifty-Eight, Sixty, Sixty-Four, Eight-One, Eighty-Three, Eighty-Five, Ninety-One, and Ninety-Two of the Superseding Indictment.

Pursuant to U.S.S.G. § 6A1 <u>et seq</u>., the Court **ORDERS** as follows:

1.   The Probation Officer shall undertake a presentence investigation of Thomas, and prepare a presentence report for the Court;

2.   The Government and Thomas shall provide their versions of the offense to the probation officer by **November 5, 2019**;

USA v. THOMAS                                                    1:17CR32-01

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 1500),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

3. The presentence report shall be disclosed to Thomas, defense counsel, and the United States on or before **December 20, 2019**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **January 8, 2020**;

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **January 17, 2020**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **January 17, 2020.**

The magistrate judge remanded Thomas to the custody of the United States Marshal Service.

The Court will conduct the sentencing hearing for the defendant on **January 28, 2020** at **11:30 A.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 1500), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: October 28, 2019

<u>/s/ Irene M. Keeley</u><br>
IRENE M. KEELEY<br>
UNITED STATES DISTRICT JUDGE